UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

DATE OF 341 MEETING: **September 16, 2004**    CASE NO.: __04-33037__

IN RE: __Teri E. Wilson__    TRUSTEE: __Stephen W. Rupp__

## SECTION 341 MEETING
### DETAILED REPORT FOR CHAPTER 7

1. DEBTOR(S)
   [ ] Present, Sworn, Examined
   [X] Not Present—Bankr D. Rule 2003
   [ ] Husband Present, Wife Not—Bankr D. Rule 2003
   [ ] Wife Present, Husband Not—Bankr D. Rule 2003

2. DEBTOR'S ATTORNEY
   [X] Present    [ ] Not Present — Bankr D. Rule 2003    [ ] N/A (Pro Se)

3. SCHEDULES & STATEMENTS TIMELY FILED
   (including Schedule of Current Income and Expenditures and Statement of Intentions)

   [X] YES    [ ] NO — Bankr. D. Rule 5005-1

4. MAILING MATRIX TIMELY FILED

   [X] YES    [ ] NO — Bankr. D. Rule 1007-1

4. NEW ADDRESS FOR DEBTOR?
   [X] NO    [ ] YES — Debtor and Attorney advised of duty to file written notice of change of address

5. MEETING: [ ] Concluded    [X] Other __not conducted__

6. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:

   [X] a 341 hearing be rescheduled    [ ] a 341 hearing NOT be rescheduled

COMMENTS (for Trustee's use only)

__Debtor failed to appear__

STEPHEN W. RUPP TRUSTEE



In re:  
Teri E. Wilson

CASE NO. 04-33037  
CHAPTER 7

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of September, 2004, a true and correct copy of the foregoing SECTION 341 MEETING DETAILED REPORT FOR CHAPTER 7 was mailed, postage prepaid, to the following persons:

Teri E. Wilson  
1291 East Greenfield Circle  
Salt Lake City, UT 84121

Lou G. Harris  
Lincoln Law Center  
921 West Center Street  
Orem, UT 84057

United States Trustee  
Boston Building #100  
9 Exchange Place  
Salt Lake City, UT 84111

By: _____