**Form 208** [ODSM 341−7/13]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>　　Teri E. Wilson<br>　　　　　Debtor(s). | Case No. 04−33037 JAB<br>Chapter 7 |

## ORDER OF DISMISSAL

The debtor(s) having failed to comply with one or more of the following requirements pursuant to Local Rules 1007−3, 5005−1 or 2003−1:

　　A.  Timely file pertinent pleadings or documents;
　　B.  Failed to attend the Meeting of Creditors;
　　C.  Failed to file the Statement of Intentions pursuant to 11 USC § 521(c).

Notice having been given that such failure(s) will result in dismissal, it is hereby ORDERED that the above−named case is DISMISSED.

Dated and Entered on: October 18, 2004

United States Bankruptcy Judge   (5)

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1088-2            User: clb                  Page 1 of 2                Date Rcvd: Oct 18, 2004
Case: 04-33037                  Form ID: f208              Total Served: 69


The following entities were served by first class mail on Oct 20, 2004.
db        +Teri E. Wilson,   1291 East Greenfield Circle,   Salt Lake City, UT 84121-2406
aty       +Lou G. Harris,   Lincoln Law Center,   921 West Center Street,   Orem, UT 84057-5203
tr        +Stephen W. Rupp tr,   170 South Main Street,   Suite 800,   Salt Lake City, UT 84101-1656
4642492    ARC-IHS Health Care Services,   P O Box 410400,   Salt Lake City, UT 84141-0400
4642487    Accent Service Company,   1350 Bayson Rd.,   P O Box 10664,   Cedar Rapdis, IA 52410-0664
4642488    Advance Credit Management,   10325 Geneva Road,   Orem, UT 84058
4642489    American Family Publishers,   P O Box 62000,   Tampa, FL 33662-2000
4642490   +American Fork Hospital,   290 South 1100 East,   American Fork, UT 84003-2829
4642491   +American Fork Radiology,   P O Box 374,   American Fork, UT 84003-0374
4642493   +Associates in Radiology,   P O Box 470,   OGden, UT 84402-0470
4642494   +Better Homes and Gardens,   4455 South 700 East Ste. 104,   Salt Lake City, UT 84107-3076
4642495   +Bonneville Billing,   P O Box 309,   Ogden, Utah 84402-0309
4642496   +Bonneville Billing & Collections,   2970 South Main Ste 202,   Salt Lake City, UT 84115-6035
4642497   +Book of the Month Club,   Camp Hills, PA USA 17012-0001
4642498    Carter Apts./AC Rentals,   P O Box 6241,   American Fork, UT 84003
4642499   +Clark Shefield,   226 North 1100 East Ste C,   American Fork, UT 84003-2054
4642500   +Collection Services Bureau of UT. I,   3434 Washington Blvd. Ste 202,   Ogden, UT 84401-4129
4642501    Contest Newsletter,   P O Box 58637,   Boulder, CO 80322-8637
4642502   +Convenient Loans,   222 North University Ave.,   Provo, UT 84601-2821
4642503   +Cosmetique,   P O Box 94061,   Palentine, IL 60094-4061
4642504   +Credit Protection Assoc., LP,   13355 Noel Road,   Dallas, TX 75240-6602
4642505   +Credit Protection Association,   13355 Noel Road,   Dallas, TX 75240-6602
4642506   +Credit Services of Logan,   180 North Main,   Payson, UT 84651-1851
4642507   +Cricket,   2130 South 700 East,   Salt Lake City, UT 84106-1834
4642508    Dave's Towing,   1214 South 200 East,   Woods Cross, UT 84087
4642509   +David G. Timpson MD PC,   P O Box 1727,   Provo, UT 84603-1727
4642510   +Double Day Book Club,   6550 E 30th Street,   Indianapolis, IN 46219-1102
4642511   +Eddie Faddis, DDS,   76 South Main,   Pleasant Grove, UT 84062-2630
4642512   +Equifax Risk Management Services,   4360 Northeast Expressway,   Atlanta, GA 30340-3401
4642513   +Express Recovery Services,   3782 West 2340 South Ste. B,   Salt Lake City, UT 84120-7295
4642514   +Hansen & Maughn Attorney,   P O Box 67,   Payson, UT 84651-0067
4642515   +John Callister DDS,   P O Box 38,   Payson, UT 84651-0038
4642516   +Kathryn Denhdm Attorney,   P O Box 520308,   Salt Lake City, UT 84152-0308
4642517   +Kevin Richards Attorney,   3839 South West Temple Ste 202,   Salt Lake City, UT 84115-4412
4642519   +Knight Adjustment Bureau,   825 East 400 South,   Salt Lake City, UT 84102-2903
4642518   +Knight Adjustment Bureau,   363 N. University Ave Ste 104,   Provo, UT 84601-8423
4642520    Merchants & Medical Credit Corp,   6324 Taylor Drive,   Flint, MI 48507-4685
4642521   +Mike Pazooki,   4873 S Wallace Lane,   Salt Lake City, UT 84117-6446
4642522   +Mountain Land Collections,   PO Box 1280,   American Fork, UT 84003-6280
4642523   +Mountainland Collections,   PO Box 1280,   American Fork, UT 84003-6280
4642526    NOrth Shore Agency,   P O Box 260005,   Great Neck, N. Y. 11026-0005
4642524   +Nebo Animal Clinic,   845 N. 300 W.,   Spanish FOrk, UT 84660-1117
4642525   +North Shore Agency,   751 Summa Avenue,   Westbury 11590-5010
4642527    North Valley EMED Phy, LLC,   P O Box 96398,   Oklahoma CIty, OK 73143-6398
4642528    North Valley Emergency Physician, L,   P O Box 46398,   Oklahoma City, OK 73143-6398
4642529   +One on One Tutoring,   P O Box 50252,   Provo, UT 84605-0252
4642530   +Pacificorp 1130,   P O Box 4000,   Rawlins, WY 82301-0479
4642531   +Page Mart Wireless,   3333 Lee Parkway Ste 100,   Dallas, TX 75219-5142
4642532    Paul A. Kirk Attorney,   P O Box 572,   Provo, UT 84603-0572
4642533    Paul M. Urie, M D,   P O Box 1442,   Provo, UT 84603-1442
4642534   +Paul Robinson M D,   226 North 1100 East Ste C,   American Fork, UT 84003-2054
4642535   +Payson City Amublance,   439 W. Utah Ave,   Payson, UT 84651-2042
4642536   +Payson City Utilities,   439 West Utah Avenue,   Payson, UT 84651-2042
4642537   +Peterson & Simpson Attorney,   2115 S. Dallin Street,   Salt Lake City, UT 84109-1116
4642538    Positive Communications,   P O Box 7402,   San Fransisco, CA. 94120-7402
4642539    Publishers Clearing House,   P O Box 9509,   Uniondale, N Y 11555-9509
4642541   +RMBC,   1261 Broadway,   New York 10001-3506
4642542    RMG Music,   P O Box 91502,   Indianapolis, IN 46291-0032
4642540   +Recovery Adjustment Specialists,   P O Box 374,   Woods Cross, UT 84011-0374
4642543   +Robert C. Rogers DDS,   201 N. State Street,   Orem, UT 84057-4745
4642544   +Security Adjustment Bureau,   47 East 7200 South Ste 207,   Midvale, UT 84047-5501
4642545   +Shafer Credit Service,   450 North University Ave. Ste 201,   Provo, UT 84601-3100
4642546   +Steve & Lori Eyre,   7599 North 6500 West,   American Fork, UT 84003-9738
4642547   +T C I Cablevision of Utah,   9075 South 700 West,   Sandy, UT 84070-2568
4642548   +Time Life,   1450 East Parham Road,   RIchmond, VA 23280-1003
4642549   +Universal Recovery Services,   47 East 7200 South Ste. 207,   Midvale, UT 84047-5501
4642550   +Utah State Tax Commission,   210 North 1950 West,   Salt Lake City, UT 84134-0001
4642551   +Vanguard Collection,   PO Box 520697,   Salt Lake City, UT 84152-0697
4642552    Woodland Hills Radiology Associates,   P O Box 1475,   Orem, UT 84059-1475

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1088-2        User: clb              Page 2 of 2           Date Rcvd: Oct 18, 2004
Case: 04-33037              Form ID: f208          Total Served: 69

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2004**                    **Signature:** _Joseph Speetjens_